[No. 11168-0-I.   Division One.   May 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROCKY MURRAY STONE, *Defendant,* GUADALUPE RAMIREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-01547-2, H. Joseph Coleman, J., entered December 11, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Corbett, JJ.

[No. 11806-4-I.   Division One.   May 2, 1983.]

LAKE WHATCOM RAILWAY COMPANY, *Appellant,* v. ELAINE ZOBRIST, *Individually and as Executrix, Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81-2-00744-5, Jack S. Kurtz, J., entered May 26, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold and Scholfield, JJ.

[No. 10260-5-I.   Division One.   May 2, 1983.]

VICTOR B. MURRAY, ET AL, *Respondents,* v. RON TURNER ENTERPRISES, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-01864-5, David W. Soukup, J., entered May 1, 1981. *Affirmed in part* and *remanded* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Corbett, J.